# United States District Court
## Violation Notice

CVB Location Code: **05-10**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| R 3389591 | Hoyt J | H6296 |

R 3389591

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | □ CFR  □ USC  ☒ State Code |
|---|---|---|
| 07/26/2014  12:35am | 4511.30 | 25 |

**Place of Offense:** Airway rd Adj to Hickam Dr

**Offense Description:** Driving left of center when Prohibited

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Dixon | John | D |

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| EYL 9701 | OH | 02 | Mits/Galant | Grey |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 26 Jul 2014, while exercising my duties as a Law Enforcement Officer in the Southern District of Ohio, PWF, WPAFB, I observed a grey in color Mitsubishi Galant, bearing Ohio registration EYL 9701 traveling east on Airway Rd. The vehicle committed two left of center violations by driving both left tires over the center double yellow line. I initiated a traffic stop and identified the driver as John D. Dixon by his Ohio SSN 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. I noticed a distinct odor of an alcohol beverage emitting from Dixon and/or his vehicle. Dixon had bloodshot and glassy eyes. I asked DIXON if he would consent to a finger dexterity test. DIXON stated "yes." I explained the test to DIXON and told him to begin. DIXON missed touching multiple fingers while performing the test. Dixon consented to conduct SFST's and failed with a total of fifteen (15) clues. After being transported for further processing Dixon provided a sample of his breath for BAC testing, resulting in a BAC of .152g/210L. Dixon was cited and released.

Base Affiliation: None
Attitude of Violator: Compliant
Weather Condition: Clear
Road Condition: Dry
Witnesses: A1C Steinhauer
Pedestrians: None
Location of Stop: Airway Rd. adj. to Hickam Dr.
Distance Traveled: 500 Feet
Conditions that made violation more hazardous: None

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/27/2014** [signature]
Date (mm/dd/yyyy)  Officer Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge